# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of June, two thousand and sixteen.

Before:      Ralph K. Winter,
                    *Circuit Judge.*

United States of America,

         Appellee,

v.

**ORDER**

Docket Nos. 16-235(L); 16-704(con)

Arismendy Cuello, AKA Cheito, Jonathan Orbe, AKA Jigga, Catherine Ricart, AKA Cathy, Joel Vargas,

         Defendants,

Luz C. Richardo, AKA Lucy, Noel Cuello,

         Defendants - Appellants.

    Appellant moves for a 45-day extension of time to file his opening brief.

    IT IS HEREBY ORDERED that the motion is GRANTED. However, it seems from counsel's papers that he has undertaken other obligations making it impossible to comply with the scheduling order. Nevertheless, the extension is granted. However, before requesting another extension, counsel should consider recommending that appellant seek new counsel.

                                                   For the Court:

                                                   Catherine O'Hagan Wolfe,
                                                   Clerk of Court

